BLANK ROME LLP
Attorneys for Plaintiff
URANIA SHIPPING COMPANY LTD.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URANIA SHIPPING COMPANY LTD.,

    Plaintiff,

-against-

ASCON TIMPET GMBH,

    Defendant.

---

07 Civ.

**JUDGE McMAHON**

**07 CIV 6291**

**Rule 7.1 Statement**



RECEIVED JUL 09 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff URANIA SHIPPING COMPANY LTD. ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           July 9, 2007

                                    BLANK ROME LLP
                                    Attorneys for Plaintiff
                                    URANIA SHIPPING COMPANY LTD.

                            By _____
                                    LeRoy Lambert (LL 3519)
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174-0208
                                    Tel.: (212) 885-5000