BLANK ROME LLP
Attorneys for Plaintiff
URANIA SHIPPING COMPANY LTD.
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URANIA SHIPPING COMPANY LTD., <br><br> Plaintiff, <br> -against- <br><br> ASCON TIMPET GMBH, <br><br> Defendant. | 07 Civ. 6291 (CM) (FM) <br><br> **NOTICE OF VOLUNTARY DISCONTINUANCE** |

Plaintiff, URANIA SHIPPING COMPANY LTD., by its attorneys Blank Rome LLP, prior to the entry of any appearance by defendant, hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, NY
November 19, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
URANIA SHIPPING COMPANY LTD.

By _____
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

SO ORDERED:

_____
U.S.D.J.

11/26/07

127873.00601/6592227v.1